# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**JOE LOUIS KELLEY, JR.,**                                **PLAINTIFF**
**ADC #084474**

v.                  **CASE NO2:13CV00169 BSM**

**RAY HOBBS, et al.**                                       **DEFENDANTS**

## ORDER

The proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney have been reviewed.  There have been no objections.  After a review of those proposed findings and recommendations, the proposed findings and recommendatiosn are hereby adopted in their entirety.  Accordingly, defendants Ray Hobbs, John Wheeler, Danny Ball, and DeAngelo Earl are dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 11th day of April 2014

                                             _____
                                             UNITED STATES DISTRICT JUDGE