**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**JOE LOUIS KELLEY, JR.**                                                      **PLAINTIFF**

**v.**                             **CASE NO. 2:13CV00169 BSM-JTK**

**RAY HOBBS, et al.**                                                      **DEFENDANTS**

**ORDER**

The proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney have been received.  No objections have been filed.  After a review of the record, it is concluded that the proposed findings and recommendations be adopted in their entirety.

IT IS THEREFORE ORDERED that:

1.      Defendants' motion for summary judgment [Doc. No. 35] is granted.

2.      Plaintiff's complaint against defendants May, Mills, and Neely is dismissed without prejudice for failure to exhaust.

3.      Plaintiff's Complaint against Defendants Bray and Burl is dismissed with prejudice.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 10th day of June 2015.

                                                     _Brian S. Miller_
                                                     UNITED STATES DISTRICT JUDGE

1